FILED
2007 Jun-22 PM 01:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  2:07-cv-00704-JEO |
| | ) |
| SHARON LASHON COOK, | ) |
| | ) |
| Defendant. | ) |

### **MEMORANDUM OPINION**

This matter is before the court on the motion for entry of default and for a default judgment filed by the United States of America in the above-captioned action to recover damages from Sharon Lashon Cook. (Doc. 3).[1]

On April 18, 2007, the United States filed this negligence action to recover damages as a consequence of a traffic accident involving the defendant. (Doc. 1). The defendant was served with a summons and complaint on April 28, 2007. (Doc. 2). Her answer was due on May 18, 2007. She failed to respond as required. On June 5, 2007, the United States filed its motion for entry of default and for judgment by default. (Doc. 3). An entry of default was entered on June 5, 2007, as to the defendant. (Doc. 4).

In the pending motion, the United States seeks to recover $13,550.00 in damages as a result of the damage caused to the motor vehicle of Federal Bureau of Investigation Special Agent Michael Maulden when the defendant negligently collided with that vehicle driven by Special Agent Maulden while he was performing his responsibilities as a Special Agent.

---

[1] References herein to "Doc. __" are to the docket numbers assigned by the Clerk of the Court to the pleadings filed in this matter.

As a consequence of the defendant's actions, the United States sustained damages in the amount of $13,550.00. Accordingly, the motion for a default judgment (doc. 3) is due to be granted and the plaintiff is due to be awarded a monetary judgment against the defendant in the amount of $13,550.00.

An appropriate order will be entered.

**DONE** this 22nd day of June, 2007.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE